UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RODNEY WILLIAM BAILEY,                         1:05-cv-00992-OWW-LJO-P

        Plaintiff,              **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 7)

vs.
                                        **ORDER DISMISSING ACTION**

GOVERNOR OF THE STATE OF OHIO, et al.,

        Defendants.
_____/

    Plaintiff Rodney William Bailey ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On September 16, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, plaintiff has not filed objections thereto.[1]

---

[1] The United States Postal Service returned the order served on plaintiff on October 14, 2005, as undeliverable.  A notation on the envelope indicated:  Return to Sender - Out to Court.  However, plaintiff has not notified the court of any change in his address.  Absent such notice, service at a party's prior address is fully

1

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendations to
5  be supported by the record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.  The Findings and Recommendations, filed September 16,
8  2005, is ADOPTED in full; and,
9  2.  This action is DISMISSED without leave to amend.

11 IT IS SO ORDERED.
12 **Dated:   October 31, 2005**            /s/ Oliver W. Wanger
   emm0d6                                  UNITED STATES DISTRICT JUDGE

---

effective.  <u>See</u> Local Rule 83-182(f).